THIS OPINION HAS NO PRECEDENTAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Morman,       
Appellant.
 
 
 

Appeal From Spartanburg County
Donald W. Beatty, Circuit Court Judge

Unpublished Opinion No.   2004-UP-142
Submitted December 23, 2003  Filed 
 March 1, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H, Richardson, 
 Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor 
 Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  James Levitt Morman appeals 
 his conviction for second degree arson.  Mormans appellate counsel has petitioned 
 to be relieved as counsel, stating he has reviewed the record and has concluded 
 Mormans appeal is without merit.  The sole issue briefed by counsel concerns 
 whether the circuit court erred in admitting evidence of his alleged prior threats 
 to kill his former wife into evidence at trial.  In a separate pro se 
 brief, Morman argues (1) his appellate counsel erred in failing to argue Mormans 
 directed verdict was erroneously denied; (2) the Court lacked subject matter 
 jurisdiction.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Mormans appeal 
 and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.